COMMONWEALTH of Pennsylvania,
Respondent

v.

Larry D. OLIPHANT, Petitioner

No. 414 EAL 2016

Supreme Court of Pennsylvania.

February 22, 2017

## ORDER

PER CURIAM

**AND NOW**, this 22nd day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.